FILED

2006 OCT -5 PM 2:27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER O. OWINO,<br><br>  Petitioner,<br><br>vs.<br><br>ALBERTO GONZALEZ, et al.,<br><br>  Respondents. | Civil No.  06-2149 BEN (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254. Here, Petitioner has filed a document entitled "Request to Proceed in Forma Pauperis" but he has not provided the court with adequate information to determine whether he qualifies for such status. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee, **no later than November 24,**

///

///

///

///

1 | <u>2006</u>. For Petitioner's convenience, the Clerk shall attach to this Order, an in forma
2 | pauperis form, which includes the required Prison Certificate.
3 |    IT IS SO ORDERED.
4 | DATED: _10/04/06_      _____
5 |                          Roger T. Benitez
                         United States District Judge

                                    IN CUSTODY

SYLVESTER O OWINO
A# 97469354
DHS/BICE DETENTION FACILITY
SAN DIEGO CORRECTIONAL FACILITY
P O BOX 439049
SAN DIEGO, CA 92143-904.

IN PRO SE



FILED
SEP 2 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Sylvester O Owino                    Case No. 06 CV 2149 BEN CAB

           Petitioner,               EOIR file No. A97469354

    Vs.                              Request to proceed in forma
                                     Pauperis.
Attorney general, Alberto Gonzales

           Respondent

   I Sylvester O Owino declare that I am the petitioner in the above entitled case. That in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceedings, retain counsel or to give security therefore; that I believe that I am entitled to relief.


Respectfully Submitted,

/s/ Sylvester O Owino

Sylvester O Owino .

                              Dated this 20th day of August, 2006
                        - 1 -