# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER O. OWINO,<br><br>                    Petitioner,<br>  vs.<br><br>ALBERTO GONZALES, et al.<br><br>                    Respondents. | CASE NO. 06CV2149-BEN (CAB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

Petitioner Sylvester O. Owino ("Petitioner"), proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed *in forma pauperis* which reflects a $34.74 trust account balance at the facility in which he is presently confined.

It appears Petitioner can afford the $5.00 filing fee. Petitioner did in fact pay the filing fee on October 26, 2006. Accordingly, the Court **DENIES** the request to proceed *in forma pauperis* as moot.

**IT IS SO ORDERED**.

DATED: August 27, 2007

_____
Hon. Roger T. Benitez
United States District Judge

cc: All parties and respective counsel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28